LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
P. BETTY SU (SBN 229103)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JUAREZ, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.  2:07-CV-00931-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PRE-TRIAL SCHEDULING CHANGES**<br><br>**JUDGE:  Hon. William B. Shubb** |

**PURSUANT TO LOCAL RULES 6-144(a) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA,** and good cause showing due to the parties' desire to avoid unnecessary expert expenses pending discussions regarding the potential mediation of the above-referenced *JUAREZ* ACTION, and pending further non-expert discovery, **IT IS HEREBY STIPULATED** by and between Defendant SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and PLAINTIFF MARK JUAREZ in this action, through their respective attorneys, as follows:

///

1.  The last day for the parties to disclose experts and produce reports in accordance with Fed.R.Civ.P. 26(a)(2) is continued from October 26, 2007 to **February 29, 2008**.

2.  The last day for the parties to complete all discovery, including non-expert and expert discovery is continued from, respectively, January 31, 2008 and December 31, 2007 to **March 31, 2008**. Accordingly, all motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than March 31, 2008.

3.  The last day for the parties to file any motion, except motions for continuances, temporary restraining orders or other emergency applications, is continued from March 28, 2008 to **April 30, 2008**.

The remainder of the Court's status (pre-trial scheduling) order shall remain in effect.

DATED: October 18, 2007

By: /s/WILLIAM M. DUNCAN
WILLIAM M. DUNCAN (SBN 133788)

Attorneys for Plaintiff
MARK JUAREZ

DATED: October 18, 2007

By: /s/P. BETTY SU
LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
P. BETTY SU (SBN 229103)

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

**ORDER**

Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, **IT IS SO ORDERED,**

DATED:  October 19, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE