LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
P. BETTY SU (SBN 229103)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JUAREZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO.  2:07-CV-00931-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER RE: FURTHER PRE-TRIAL SCHEDULING CHANGES**<br><br>**JUDGE:  Hon. William B. Shubb** |

**PURSUANT TO LOCAL RULES 6-144(a) and 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA,** and good cause showing due to pending discussions regarding the potential mediation of the above-referenced *JUAREZ* ACTION, and pending further non-expert discovery, **IT IS HEREBY STIPULATED** by and between Defendant SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") and PLAINTIFF MARK JUAREZ in this action, through their respective attorneys, as follows:

　　　　1.　　The last day for the parties to disclose experts and

1  produce reports in accordance with Fed.R.Civ.P. 26(a)(2) is
2  continued from February 29, 2008 to **March 31, 2008**.
3      2.   The last day for the parties to complete all discovery,
4  including non-expert and expert discovery is continued from March
5  31, 2008 to **April 30, 2008**.
6      3.   Previously, all motions to compel discovery must be
7  noticed on the magistrate judge's calendar in accordance with the
8  local rules of this court and so that such motions may be heard
9  (and any resulting orders obeyed) not later than March 31, 2008.
10 Now, the last day for the parties to <u>file</u> any discovery motions
11 is continued to **May 30, 2008**.
12     4.   The last day for the parties to file any motion, except
13 motions for continuances, temporary restraining orders or other
14 emergency applications, is continued from April 30, 2008 to **May**
15 **30, 2008**.
16     The remainder of the Court's status (pre-trial scheduling)
17 order shall remain in effect.
18
19 DATED: March 5, 2008
20
21                              By: /s/
                                    WILLIAM M. DUNCAN (SBN 133788)
22                                  Attorneys for Plaintiff
                                    MARK JUAREZ
23
24 ///
25 ///
26 ///
27 ///
28

DATED: March 5, 2008

By: /s/
LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
P. BETTY SU (SBN 229103)

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

## ORDER

Based upon said stipulation between the parties who have appeared in this matter and good cause appearing, **IT IS SO ORDERED.**

DATED: March 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE