```
LINDA WENDELL HSU (SBN 162971)
LISA A. WILSON (SBN 190392)
P. BETTY SU (SBN 229103)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK JUAREZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  2:07-CV-00931-WBS-DAD<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER GRANTING DISMISSAL**<br><br>[F.R.C.P. §41(a)(1)]<br><br>**JUDGE:  Hon. William B. Shubb** |

PURSUANT TO LOCAL RULE 83-143 OF THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the action entitled *Mark Juarez v. Scottsdale Insurance Company, et al.*, Case No. 2:07-CV-00931-WBS-DAD is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1).

///

///

```
DATED: May ____, 2008        WILLIAM M. DUNCAN, A PROFESSIONAL LAW
                             CORPORATION


                             By:  /s/_____
                                  WILLIAM M. DUNCAN, ESQ.
                             Attorney for Plaintiff MARK JUAREZ

DATED: May ____, 2008        SELMAN BREITMAN LLP


                             By:  /s/_____
                                  LINDA WENDELL HSU (SBN 162971)
                                  LISA A. WILSON (SBN 190392)
                                  P. BETTY SU (SBN 229103)
                             Attorneys for Defendant
                             SCOTTSDALE INSURANCE COMPANY
```

IT IS SO ORDERED.

Dated:  May 16, 2008

*William B. Shubb* (signature)

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE